UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 31 PM 6: 56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **CAMPBELL CLINIC, INC., et al.** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **THE ADMINISTRATIVE GROUP, INC., et al.** | **CASE NO: 04-2252-D** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Default Judgment entered on December 3, 2004, this cause is hereby dismissed.

**APPROVED:**

_[signature]_
**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

May 31, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6-2-05__

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02252 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Stephen J. Carmody
BRUNINI,GRANTHAM,GROWER&HEWES, PLLC
P.O. Drawer 119
Jackson, MS 39205

Whitney M. Stone
BRUNINI,GRANTHAM,GROWER&HEWES,PLLC
Drawer 119
Jackson, MS 39205

Matthew Yarbrough Harris
RUTLEDGE & DAVIS
P.O. Box 29
New Albany, MS 38652--002

Honorable Bernice Donald
US DISTRICT COURT