IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.

05 JUN -3 AM 11: 52

ROBERT R. DiTROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

CAMPBELL CLINIC, ET AL.

VS.                                         CASE NO.: 04CV2252-D/P

THE ADMINISTRATIVE GROUP, ET AL.                    DEFENDANTS

## ORDER

This cause having come into default on December 1, 2004 by failure of Defendants Chad Starkey, Don Starkey, NuStaff, Inc., The Administrative Group, Inc., and/or International Staff Management, Inc. to plead or make other defense, and satisfactory proof of Plaintiff's damages having been brought before the Court, and the Court having found recovery of said damages lawful, it is

ORDERED, ADJUDGED AND DECREED that Plaintiffs recover of the Defendants, Chad Starkey, Don Starkey, NuStaff, Inc., The Administrative Group, Inc., and/or International Staff Management, Inc. $ 4,935.60 in actual damages, $ 10,000.00 in punitive damages, and $ 5,347.72 in attorney's fees, plus all costs of this action.

SO ORDERED, this the 31 day of May, 2005.

_____
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-10-05

35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02252 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Stephen J. Carmody
BRUNINI,GRANTHAM,GROWER&HEWES, PLLC
P.O. Drawer 119
Jackson, MS 39205

Whitney M. Stone
BRUNINI,GRANTHAM,GROWER&HEWES,PLLC
Drawer 119
Jackson, MS 39205

Matthew Yarbrough Harris
RUTLEDGE & DAVIS
P.O. Box 29
New Albany, MS 38652--002

Honorable Bernice Donald
US DISTRICT COURT